CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE DAVE LEE BRANNON

===============================================================

CASE NO.: 12-80479-Civ-Middlebrooks/Brannon

DATE: 6/6/12
DAR: 14:11:47 - 14:17:10

MICHAEL RASKIN,

      Plaintiff(s),

vs.

NORMAN L. STONE,

      Defendant(s).

_____/

P. Attorney(s): Richard Alan Ivers
D. Attorney(s): Samuel Alberto Danon /Hunton & Williams; Keith R. Hummel ; Robert H. Baron/Cravath, Swaine & Moore, LLP  Abigail Lyles

Type of Hearing: SCHEDULING CONFERENCE

Result of Hearing: attys present; PSO to issue; mediation O to issue