UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-80479-DMM

MICHAEL RASKIN,

    Plaintiff,

v.

NORMAN L. STONE,

    Defendant.
_____/

### ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE comes before the Court upon Defendant Norman L. Stone's ("Defendant") Motions to Admit Robert H. Baron and Keith R. Hummel *Pro Hac Vice*, Consent to Designation, And Request to Receive Notices of Electronic Filings ("Motions") (DE 8 and 9) filed on June 5, 2012. Defendant asks that I allow Mr. Baron and Mr. Hummel appear in this matter on behalf of Defendant *pro hac vice*. Having considered the Motions, and having determined that Mr. Baron and Mr. Hummel meet the conditions for *pro hac vice* appearance enumerated in Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motions (DE 8 and 9) are GRANTED. Mr. Baron and Mr. Hummel are authorized to participate in this action on behalf of Defendant. The Clerk shall provide counsel with electronic notification of all electronic filings at Rbaron@cravath.com and Khummel@cravath.com.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this ___ day of June, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record