UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL RASKIN,  CASE NO.: 12-80479-Civ-MIDDLEBROOKS/BRANNON

    Plaintiff,

vs.

NORMAN L. STONE,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

Plaintiff, MICHAEL RASKIN, moves this Court pursuant to Fed.R.Civ.P. 6(b), for the entry of an Order enlarging the time by which it must serve its response to the Defendant, NORMAN STONE's, Motion to Dismiss or Transfer For Improper Venue, for the following reasons:

1. Defendant, NORMAN STONE, served his Motion to Dismiss or Transfer For Improper Venue on June 4, 2012. Plaintiff's response to the aforesaid Motion is due on June 21, 2012.

2. The parties' counsel have discussed resolving the issues raised in Defendant's Motion to Dismiss for Improper Venue.

3. Further, Plaintiff's counsel has been attending mediation and hearings in other matters.

4. Given the undersigned counsel's schedule and the parties continued discussions to resolve the issues, Plaintiff requests an extension of time of eight (8) days or until June 29, 2012, in which to serve its response to the Motion to Dismiss or Transfer for Improper Venue.

5. The undersigned counsel has contacted counsel for the Defendant, who has advised that he consents to the requested enlargement of time.

CASE NO.: 12-80479-Civ-MIDDLEBROOKS/BRANNON

WHEREFORE, Plaintiff, MICHAEL RASKIN, moves this Court for the entry of an Order accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served through electronic filing this 20th day of June, 2012 to: SAMUEL A. DANON, ESQ., Hunton & Williams, LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131 and to KEITH R. HUMMEL, ESQ., Cravath, Swaine & Moore, LLP, 825 Eight Avenue, New York, New York 10019.

LAW OFFICE OF RICHARD A. IVERS
Counsel for Plaintiff
2421 N. University Drive
Coral Springs, Florida 33065
Telephone: (954) 757-6262
Facsimile: (954) 757-6594

By: s/.Richard A. Ivers
    RICHARD A. IVERS
    Florida Bar No.: 890261