UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-80479-DMM

MICHAEL RASKIN,

    Plaintiff,

v.

NORMAN L. STONE,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

THIS CAUSE comes before the Court upon Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or Transfer for Improper Venue ("Motion") (DE 14) filed on June 20, 2012. Having considered the matter, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion (DE 14) is GRANTED. Plaintiff shall have until June 29, 2012 in which to serve his Response to Defendant's Motion to Dismiss or Transfer for Improper Venue.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 21 day of June, 2012.

                                                DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record