UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-80479-DMM

MICHAEL RASKIN,

    Plaintiff,

v.

NORMAN L. STONE,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or Transfer for Improper Venue ("Motion") (DE 16) filed on June 28, 2012.  Having considered the matter, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion (DE 16) is GRANTED.  Plaintiff shall have until July 10, 2012 in which to serve his Response to Defendant's Motion to Dismiss or Transfer for Improper Venue.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 3rd day of July, 2012.

                                                                                          _____
                                                                                          DONALD M. MIDDLEBROOKS
                                                                                         UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record