# AMENDED AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 12-80479

Plaintiff:
**MICHAEL RASKIN**

vs.

Defendant:
**NORMAN L. STONE**

For:
Richard Ivers
Law Office of Richard Ivers
2421 North University Drive
Coral Springs, FL 33065

Received by COMPASS INVESTIGATIONS on the 2nd day of May, 2012 at 11:54 am to be served on **NORMAN L. STONE @ METROFLOR, 15 OAKWOOD AVENUE - STE 2, NORWALK, CT 06850**.

I, Gabriel Dominguez, being duly sworn, depose and say that on the **3rd day of May, 2012 at 1:00 pm, I:**

**NON-SERVED** the **SUMMONS and COMPLAINT WITH EXHIBITS** for the reason that I failed to find **NORMAN L. STONE @ METROFLOR** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
SERVICE WAS ATTEMPTED AT THE ADDRESS PROVIDED OF METROFLOR LOCATED AT 15 OAKWOOD AVENUE, STE 2, NORWALK, CT 06850 AND THE SERVER IS REPORTING THAT THE DEFENDANT IS NOT AT THIS ADDRESS. THE SERVER MADE CONTACT WITH RUSSELL ROGG, WHO IDENTIFIED HIMSELF AS THE PRESIDENT AND CEO OF METROFLOR. HE TOLD THE SERVER THAT NORMAN L. STONE IS STILL THE CHAIRMAN OF METROFLOR BUT HAS RETIRED TO FLORIDA.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

No Notary Required pursuant to F.S. 92.525(2).

Subscribed and sworn to before me on the 27th day of June, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

Gabriel Dominguez
Process Server

COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
(954) 527-5722
Our Job Serial Number: JVS-2012003102