UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80479-CIV-MIDDLEBROOKS/BRANNON

MICHAEL RASKIN

                      *Plaintiff*,

      v.

NORMAN L. STONE

                      *Defendant*.

### DECLARATION OF RUSSELL ROGG

I, Russell P. Rogg, declare pursuant to 28 U.S.C. § 1746 that:

1. I am the President and CEO of Metroflor Corporation ("Metroflor").

2. I have read the Amended Affidavit of Non-Service dated June 27, 2012 that was filed in connection with Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or Transfer for Improper Venue (the "Non-Service Affidavit"), and I believe the Non-Service Affidavit to be factually inaccurate.

3. On May 3, 2012, during regular business hours, I was at Metroflor's offices at 15 Oakwood Avenue, Suite 2, Norwalk, CT 06850.

4. At or around 1 p.m., a man, whom I believed to be a delivery person (the "Process Server"), came to Metroflor's office and asked to speak with Norman Stone.

5. After he was informed that Mr. Stone was not at the office, the Process Server asked for a business card, stating that he needed one to prove to his employer that he had attempted to make a delivery to Mr. Stone at the Metroflor offices. I provided him with my business card.

1

6. I do not recall interacting with the Process Server in any way other than providing him with my business card.

7. I did not tell the Process Server that Norman Stone had "retired to Florida." The statement in the Non-Service Affidavit suggesting that I did is false. I knew at the time of the Process Server's visit to Metroflor's office that Mr. Stone has lived in the State of New York for many years. At no time before or since May 3, 2012 did Mr. Stone either tell me or otherwise indicate that he was changing his residence from New York to Florida. I have no knowledge whatsoever that there has been any change in Mr. Stone's residence in New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2012

_____
Russell P. Rogg

City/County of Norwalk/Fairfield
State of Connecticut
The foregoing instrument was acknowledged before me this 20th day of July, 2012
by Russ Rogg
Catherine French  Notary Public
My commission expires 5/31/2014

[Notary Seal: CATHERINE Q. FRENCH, NOTARY PUBLIC, MY COMMISSION EXPIRES 5/31/2014, STATE OF CONNECTICUT]

2