UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-80479-DMM

MICHAEL RASKIN,

     Plaintiff,

v.

NORMAN L. STONE,

     Defendant.

_____/

## ORDER TRANSFERRING THIS ACTION TO THE DISTRICT OF CONNECTICUT

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss or Transfer for Improper Venue ("Motion") (DE 7) filed on June 4, 2012.  The Court has carefully considered the Motion, the Joint Notice of Consent to Transfer this matter to the District of Connecticut, and is otherwise fully advised in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion (DE 7) is GRANTED IN PART and DENIED IN PART.  The Clerk is hereby directed to TRANSFER this action to the United States District Court for the District of Connecticut.  Each party will bear his own costs and attorneys' fees associated with the Motion to Dismiss or Transfer and this Order.  The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 7 day of August, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record